UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 4:07cr124

ADRIAN D. BLUNT,

Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts One (1) and Two (2), of the indictment is now ACCEPTED and the defendant is ADJUDGED GUILTY of such offense. Sentencing is hereby scheduled for February 5, 2008, at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
United States District Judge

Rebecca Beach Smith
UNITED STATES DISTRICT JUDGE

Norfolk Virginia
October 29, 2007